1  David C. Powell (SBN 129781)
   Email: dpowell@reedsmith.com
2  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922
   Telephone:   +1 415 543 8700
5  Facsimile:   +1 415 391 8269

6  Attorneys for Defendants
   Wells Fargo Bank, N.A. and
7  John Stumpf

*IT IS SO ORDERED*
*Judge James Ware*
7/10/2009

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SALMA MERRITT, an individual, and DAVID    Case No.: C09-01179 JW
   | MERRITT, an individual,
12 |                                             **STIPULATION EXTENDING TIME FOR**
   |                   Plaintiffs,               **DEFENDANTS WELLS FARGO BANK,**
13 |                                             **N.A. AND JOHN STUMPF TO RESPOND**
   |           vs.                               **TO SECOND AMENDED COMPLAINT**
14 |
   | COUNTRYWIDE FINANCIAL                       Compl. Filed:    March 18, 2009
15 | CORPORATION; COUNTRYWIDE LOANS,
   | INC.; ANGELO MOZILO; DAVID SAMBOL;          Honorable James Ware
16 | MICHAEL COLYER; DOE 1; DOES 2-100,
   | inclusive; BANK OF AMERICA; KEN LEWIS;
17 | WELLS FARGO; JOHN STUMPF; JOHNNY
   | CHEN; and JOHN BENSON,
18 |
   |                   Defendant.
19

20                              **STIPULATION**

21         WHEREAS, on March 18, 2009, Plaintiffs filed their Complaint in this action;

22         WHEREAS, on June 11, 2009, the Court granted the Stipulation to File Second Amended

23 Complaint entered into between Plaintiffs and Defendants Wells Fargo Bank, N.A. ("Wells Fargo"),

24 Thomas P. Shippee and John Stumpf ("Stumpf"), pursuant to which the signing defendants agreed to

25 allow Plaintiffs leave to file their second amended complaint.

26         WHEREAS, on June 19, 2009, Plaintiffs filed their Second Amended Complaint in this

27 action;

28

– 1 –

1    WHEREAS, Wells Fargo's and Stumpf's responses to the Second Amended Complaint are
2 due on July 9, 2009; and
3    WHEREAS, the parties hereto agree to extend the time for Wells Fargo and Stumpf to file
4 their responses to the Second Amended Complaint:
5    IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo and Stumpf, by and
6 through their undersigned attorneys of record that:
7    1.   Wells Fargo's and Stumpf's responses to the Second Amended Complaint shall be
8 deemed timely if filed and served on or before July 23, 2009

**SO STIPULATED:**

DATED: July 10, 2009        REED SMITH LLP

By /s/
David S. Reidy
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
JOHN STUMPF

DATED: July 8, 2009

By _____
David Merritt
Plaintiff

DATED: July 8, 2009

By _____
Salma Merritt
Plaintiff

**SO ORDERED:**

DATED: July 10, 2009

_____
Hon. James Ware
United States District Court Judge

- 2 -

STIPULATION EXTENDING TIME FOR DEFENDANTS WELLS FARGO BANK, N.A. AND
JOHN STUMPF TO RESPOND TO SECOND AMENDED COMPLAINT

# CERTIFICATE OF SERVICE

Re: <u>Salma Merritt and David Merritt v. Countrywide Financial Corporation, et al.</u>
United States District Court, Northern District of California
Case No. 5:09-CV-01179-jw

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111. On July 10, 2009, I served the following document(s) by the method indicated below:

**STIPULATION EXTENDING TIME FOR DEFENDANTS WELLS FARGO BANK, N.A. AND JOHN STUMPF TO RESPOND TO SECOND AMENDED COMPLAINT**

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| **Plaintiff in Pro Per:**<br><br>Salma Merritt<br>660 Pinnacles Terrace<br>Sunnyvale, CA  94085 | **Plaintiff in Pro Per:**<br><br>David Merritt<br>660 Pinnacles Terrace<br>Sunnyvale, CA  94085 |
|---|---|
| **Counsel for Defendant Countrywide Financial Corporation; Countrywide Loans, Inc.; Bank of America; Ken Lewis; Michael Colyer and David Sambol:**<br><br>Stephanie Ann Blazewicz<br>Deborah Anne Goldfarb<br>Bryan Cave LLP<br>Two Embarcadero Center<br>Suite 1410<br>San Francisco, CA 94111 | **Counsel for Defendant Angelo Mozilo:**<br><br>Alison Elizabeth Chase<br>Attorney at Law<br>Irell & Manella<br>1800 Ave. of the Stars<br>Suite 900<br>Los Angeles, CA 90067 |
| **Counsel for Defendant Wells Fargo Financial, Thomas P. Shippee and John Stumpf:**<br><br>Donald J. Querio<br>Andrew Weiss Noble<br>Severson & Werson<br>One Embarcadero Center, Ste. 2600<br>San Francisco, CA  94111 | **Counsel for Defendant John Benson:**<br><br>Kevin P. Cody<br>Ropers, Majeski, Kohn & Bentley<br>80 North First Street<br>San Jose, CA 95113 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 10, 2009, at San Francisco, California.

*Corinne Cadon*
_____
Corinne Cadon

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

CERTIFICATE OF SERVICE