IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Merritt, et al., | NO. C 09-01179 JW |
| Plaintiffs, <br> v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Countrywide Financial Corp., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference for September 14, 2009. Upon review of the docket, it appears that Defendants have noticed several Motions set for hearings on October 5, 2009 and November 9, 2009. (See Docket Item Nos. 68, 69, 70, 81, 84.) In light of these pending Motions, the Court finds good cause to VACATE the September 14 Case Management Conference. The Court will set a new conference date in its Orders addressing the pending Motions, if necessary.

Dated: September 9, 2009

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Elizabeth Chase achase@irell.com
Andrew Weiss Noble awn@severson.com
David Merritt dymerritt@hotmail.com
David C Powell dpowell@reedsmith.com
David Carlyle Powell dpowell@reedsmith.com
David S. Reidy dreidy@reedsmith.com
Deborah Anne Goldfarb deborah.goldfarb@bryancave.com
Kevin P. Cody kcody@ropers.com
Stanley Kong Yim attyskyim@sbcglobal.net
Stephanie Ann Blazewicz stephanie.blazewicz@bryancave.com

David Merritt
Salma Merritt
660 Pinnacles Terrace
Sunnyvale, CA 94085

**Dated: September 9, 2009**              **Richard W. Wieking, Clerk**


**By:     /s/ JW Chambers            **
        **Elizabeth Garcia**
        **Courtroom Deputy**