**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
Two Embarcadero Center, Suite 1410
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
E-Mail:          james.goldberg@bryancave.com
E-Mail:          stephanie.blazewicz@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE FINANCIAL CORPORATION,
BANK OF AMERICA CORPORATION,
MICHAEL COLYER, and KEN LEWIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SALMA MERRITT AND DAVID MERRITT, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; ANGELO MOZILO; DAVID SAMBOL; MICHAEL COLYER; DOE 1; DOES 2-100, inclusive; BANK OF AMERICA; KEN MR. LEWIS; WELLS FARGO; JOHN STUMPF; JOHNNY CHEN; JOHN BENSON, <br><br> Defendants. | Case No. C09 01179 JW <br><br> **OBJECTIONS TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Date:       October 5, 2009 <br> Time:       9:00 a.m. <br> Ctrm:        8 <br><br> Date Action Filed: March 18, 2009 <br> Trial Date: Not set |

SF01DOCS14233.1

1  Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Michael
2  Colyer, Bank of America Corporation, and Ken Lewis (collectively, "Defendants") object to each
3  of the exhibits attached Plaintiffs' Requests for Judicial Notice in Support of their Opposition to
4  Defendants' Motion to Dismiss the Second Amended Complaint:

5  - Original Blank and Missing Loan Documents
6  - *In Re Countrywide Financial Corp. Mortgage Marketing and Sales Practices
7    Litigation*, Lead Case No. 3:08-md-01888-DMS-LSP (S.D. Cal. Mar. 6, 2009)
8  - Audit Reports by Charles J. Horner and Forensic Loan Auditors LLC

9  Plaintiffs' request for judicial notice of these exhibits is improper.  None of these exhibits
10 cite to facts of which the Court make take judicial notice.

11 First, Plaintiffs request that the Court take judicial notice of Plaintiffs' unsigned loan
12 documents in order to establish that Defendants prevented Plaintiffs "from knowing that they had
13 a right to cancel or know that they were being overcharged."  (Aug. 26, 2009 Opp. at 5:19-24.)  A
14 review of Plaintiffs' unsigned loan documents does not assist this Court in ruling on the pending
15 Motions to Dismiss.  Rather, these documents establish that Plaintiffs received unsigned copies of
16 their loan documents and then signed them, as alleged in the SAC.  (*See* SAC, ¶ 142.)  Thus,
17 judicial notice is improper.

18 Second, Plaintiffs request that the Court take judicial notice of a case in the Southern
19 District of California, *In Re Countrywide Financial Corp. Mortgage Marketing and Sales*
20 *Practices Litigation*, Lead Case No. 3:08-md-01888-DMS-LSP (S.D. Cal. Mar. 6, 2009).
21 Plaintiffs seek to use this case to demonstrate that Defendants are liable for, among other things,
22 fraud and conspiracy.  (Aug. 26, 2009 Opp. at 4:23-5:14.)  Such a request is prejudicial and
23 improper.

24 Allegations of prior lawsuits and similar losses are irrelevant, prejudicial, and immaterial,
25 and should be stricken from a complaint.  *See Murphy v. Kirkeby*, 9 F.R.D. 725, 725 (S.D.N.Y.
26 1949) (striking allegations of evidence of prior similar losses, even though they might become
27 admissible upon trial, as irrelevant, unnecessary, and prejudicial); *see also Corrections USA v.*
28

SF01DOCS14233.1                               1

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

OBJECTIONS TO REQUESTS
FOR JUDICIAL NOTICE;
C09 01179 JW

1   *Dawe*, 504 F. Supp. 2d 924, 930 (E.D. Cal. 2007) (explaining that allegations in pleading may be
2   stricken where they "have no possible relation to the controversy, and may cause prejudice to one
3   of the parties"); *LeDuc v. Kentucky Central Life Ins. Co.*, 814 F. Supp. 820, 830 (N.D. Cal. 1992)
4   (stating that "allegations supplying background or historical material or other matter of an
5   evidentiary nature will not be stricken unless unduly prejudicial to defendant").  Here, if Plaintiffs
6   included such allegations in the SAC itself, Defendants would request that the Court strike such
7   prejudicial allegations.  Thus, this Court should not take judicial notice of the requested document
8   for the same reason – factual allegations and findings in other lawsuits relating to the same parties
9   are extremely prejudicial and irrelevant.  The only relevant facts in the instant action are those
10  relating to Plaintiffs and their loans.

11         Third, Plaintiffs request that the Court take judicial notice of audit reports by Charles J.
12  Horner and Forensic Loan Auditors LLC.  Federal Rule of Evidence 201 allows judicial notice
13  only of facts that are capable of accurate and ready determination.  Here, Plaintiffs request that the
14  Court take judicial notice of reports by *paid consultants* in order to demonstrate TILA violations
15  and improper disclosures for their loans.  (Aug. 26, 2009 Opp. at 18:18-27; 20:7-14.)  A fact is
16  hardly capable of accurate and ready determination when one is relying on opinions for which one
17  of the parties paid almost $500.  (*See* http://thedocexaminer.com/contactandfees.htm;
18  http://www.forensicloanauditing.com/individual.html.)  Thus, judicial notice is improper.

19         For these reasons, Defendants respectfully request that the Court deny each of Plaintiffs'
20  Requests for Judicial Notice.

21  Dated:  September 21, 2009                **BRYAN CAVE LLP**

23                                             By:    /s/ Stephanie A. Blazewicz
24                                                    Stephanie A. Blazewicz
                                               Attorneys for Defendants
25                                             COUNTRYWIDE HOME LOANS, INC.,
                                               COUNTRYWIDE FINANCIAL
26                                             CORPORATION, BANK OF AMERICA
                                               CORPORATION, MICHAEL COLYER,
27                                             and KEN LEWIS

28  SF01DOCS14233.1                    2

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF01DOCS14233.1

3

OBJECTIONS TO REQUESTS
FOR JUDICIAL NOTICE;
C09 01179 JW