James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
**BRYAN CAVE LLP**
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         james.goldberg@bryancave.com

Robert E. Boone III, California Bar No. 132780
Benjamin J.B. Allen, California Bar No. 261555
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
Email*:*        ben.allen@bryancave.com

Attorneys for Defendant
DAVID SAMBOL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SALMA MERRITT AND DAVID MERRITT,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; ANGELO MOZILO; DAVID SAMBOL; MICHAEL COLYER; DOE 1; DOES 2-100, inclusive; BANK OF AMERICA; KEN LEWIS; WELLS FARGO; JOHN STUMPF; JOHNNY CHEN; JOHN BENSON,<br><br>Defendants. | Case No. C09 01179 JW<br><br>**DECLARATION OF JAMES GOLDBERG IN SUPPORT OF DEFENDANT DAVID SAMBOL'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND OPPOSITION TO MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>[Filed Concurrently with Motion to Set Aside Entry of Default and Opposition to Motion for Entry of Default Judgment]<br><br>Date Action Filed: March 18, 2009<br>Trial Date: Not Set<br><br>JUDGE:  The Hon. James Ware |

I, James Goldberg, declare as follows:

1. I am an attorney with the law firm of Bryan Cave LLP. I am the firm's lead attorney defending David Sambol in the matter of *Salma and David Merritt v. Countrywide Financial Corporation, et al.* (Case No. C09 01179 JW). I have first-hand knowledge of the following facts, and if called as a witness, I could and would testify competently thereto.

2. In September 2009, I called Plaintiff David Merritt by telephone, asking him to withdraw his Request for Entry of Default and Request for Entry of Default Judgment as to Mr. Sambol.

3. Mr. Merritt responded to my request by saying that "there's a huge conspiracy here" and refusing to agree to my requests.

4. Executed this 9th day of October, 2009 in San Francisco, California, under penalty of perjury of the laws of California.

*/s/ James Goldberg*
James Goldberg

754602.1                        DECLARATION OF JAMES GOLDBERG