UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID MERRITT, et al.,

    Plaintiffs,

    v.

COUNTRYWIDE FINANCIAL CORPORATION, et al.,

    Defendants.

Case No. 09-cv-01179-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PARTIES**

On September 8, 2014, Defendants filed an Administrative Motion to Set Case Management Conference, requesting that the Court set a Case Management Conference within 10 days and order Plaintiffs to file an amended complaint within 20 days of the Case Management Conference. Admin. Mot., ECF 147. Plaintiffs oppose this motion on the grounds that they are attempting to retain counsel and that the parties are scheduled to go to mediation on September 26, 2014. Pl.'s Opp., ECF 148. The Court finds good cause to set a Case Management Conference at which the Court will consider the parties' proposals on further scheduling.

IT IS HEREBY ORDERED THAT:

The parties shall appear for a Case Management Conference on **October 16, 2014 at 1:30 PM** in Courtroom 3, 5th Floor, San Jose. On or no later than **October 9, 2014**, the parties shall file a limited joint case management statement to address the following issues:

1. A proposed schedule for filing an amended complaint and reopening discovery in this action;[1]

---

[1] The parties are encouraged to develop a stipulated schedule to the extent possible. If the parties cannot agree, they shall set forth their competing proposals in a table so that the proposals can be easily compared.

2. The status of the parties' mediation and the likelihood that this action can be resolved through ADR; and

3. The status of Plaintiffs' efforts to retain counsel.

**IT IS SO ORDERED.**

Dated: September 15, 2014

_____
BETH LABSON FREEMAN
United States District Judge