UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID MERRITT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Case No.  09-cv-01179-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING HEARING; CLARIFYING COURT'S SCHEDULING ORDER**<br><br>[Re: ECF 159, 193] |

    The Motion to Stay State Law Claims, ECF 159, that was noticed for hearing on February 19, 2015 is hereby SUBMITTED without oral argument; the hearing is VACATED.[1] *See* Civ. L.R. 7-1(b).

    In response to Plaintiffs' "Request for Correction/Amendment of Court's January 30, 2015 Order," ECF 193, the Court interprets defendant Angelo Mozilo's joinder, ECF 181, of the Countrywide Defendants' Motions to Dismiss as just that—he joins those motions as a moving party. Plaintiffs therefore need not separately respond to Mr. Mozilo's joinder notice.

    Plaintiffs are reminded that all filings must be signed by both plaintiffs. If Mrs. Salma Merritt fails to sign future filings, she will not be considered a party to the filing and risks having her claims dismissed.

    **IT IS SO ORDERED.**

Dated: February 12, 2015

                                                BETH LABSON FREEMAN
                                                United States District Judge

---

[1] Defendants' motion to continue the hearing date, ECF 194, is DENIED as moot.