UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID MERRITT, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>   Defendants. | Case No.  09-cv-01179-BLF<br><br>**ORDER STRIKING OVERSIZE BRIEF; DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>[Re: ECF 205, 208] |

Plaintiffs' Opposition to Countrywide and Bank of America Defendants' Rule 12(b)(6) Motion to Dismiss Third Amended Complaint, ECF 205, is grossly in excess of the maximum pages allowed for an opposition brief or memorandum, as set forth in Civil Local Rule 7-3(a).  It is accordingly STRICKEN.  Plaintiffs shall file a brief that conforms with the requirements of the local rules **by no later than April 9, 2015**.  Defendants' reply shall be due within 7 days thereafter.  Civ. L.R. 7-3(c).  Defendants' Motion to Exceed the Page Limit on Defendants' Reply, ECF 208, is accordingly DENIED as moot.

All parties are reminded that evidentiary objections must be contained within the text of the brief or memorandum, Civ. L.R. 7-3; all papers must be double-spaced with no more than 28 lines per page, Civ. L.R. 3-4(c)(2); and all typewritten font (including footnotes) must be no smaller than 12-point font, *id.*  It goes without saying that these exemplary requirements are not exhaustive, and the parties should familiarize themselves with all of the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: April 1, 2015

                                 _____
                                 BETH LABSON FREEMAN
                                 United States District Judge